FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 27 2020
JAMES W. McCORMACK, CLERK
By: Brent Powell
DEP CLERK

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

Northern Division

Roosevelt cannady

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ERASMO DESDIN

Denny Sumpter

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:20-CV-00217-KGB

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [x] Yes [ ] No

This case assigned to District Judge Baker

and to Magistrate Judge Volpe

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Roosevelt cannady |
| Street Address | 1505 carwright st |
| City and County | Earle AR 72331 |
| State and Zip Code | |
| Telephone Number | 870 635 4774 |
| E-mail Address | |

New Address 1559 carwright St Earle AR 72331

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: ERASMO DESDIN
Job or Title *(if known)*: Land lord
Street Address: P.O. BOX 194 Earle Ar
City and County: 7-17-20
State and Zip Code:
Telephone Number: Address 123 W. Broadway
E-mail Address *(if known)*: west memphis AR 72301

Defendant No. 2

Name: Denny sumpter AR 2013184
Job or Title *(if known)*: Rogers, coe of Sumpter
Street Address: po Box 1666 west memphis
City and County: AR. 72301- Phone 870-735-1900
State and Zip Code: 8707351900 phone 870-735-1662
Telephone Number:
E-mail Address *(if known)*: Address 123 W. Broadway
west memphis AR 72301

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Land lord retaliation

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual Roosevelt cannady

The plaintiff, *(name)* [illegible], is a citizen of the State of *(name)* Arkansas.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________, is incorporated under the laws of the State of *(name)* ______________, and has its principal place of business in the State of *(name)* ______________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ERASMO DESDIN, is a citizen of the State of *(name)* Arkansas. Or is a citizen of *(foreign nation)* ______________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$2500/ Defamation of Character/ retaliation

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Roosevelt Cannady Reported a Saftety matter doing the pandemic and I was retaliated on by my land lord what is Illegal IN Arkansas

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. As law Knowing Arkansas law I'm asking to order that I be reimburse my $2500 for the 12 monthis that I have been going throw with this disaster I'm living In faiure to comply with City Cond Harassment

and have Him to comply with The Law

Mr Denny Sumpter at ROGERS COE & Sumpter seeing the Paper work showing all truth but looked Over the thruth of Retaliation and Went along with ERASMO DESDIN Witch is Wrong in the truth of The law as well as a court order To look into ERASMO DESDIN rental propertys

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-22-20

Signature of Plaintiff [signature]

Printed Name of Plaintiff Roosevelt Cannady

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Street Address __________

State and Zip Code __________

Telephone Number __________

E-mail Address __________

Retaliation from 2-17-20

NOTICE TO VACATE
NONPAYMENT OF RENT

Date: March 5th, 2020

To: Roosevelt Cannady

Address: 1505 Cartwright St.
Earle, AR 72331

You are hereby notified that within three (3) days of the date this notice is delivered to you or posted at the above described address ("the Premises) you must pay your outstanding rent and late fees or quit and surrender possession of the Premises occupied by you as a resident. Our records indicate that as of the date of this notice you owe the following for past due rent and accrued late fees:

| | |
|---|---|
| Rent: | $ 300.00 |
| Late Fees: | $ Ø |
| Other Fees: | $ Ø |
| **TOTAL DUE:** | **$** 300.00 |

You must pay the amount due plus any additional accrued late fees or leave the Premises by 12:00 a.m./p.m. on March 10, 2020. Please be advised that you will be held strictly responsible for any property which is missing, damaged, or destroyed, and the property should be left in a clean condition.

Should you fail to pay the amount due in full within three days of the date this notice is delivered to you or posted at the Premises, you are also notified that your right to possession of the Premises is terminated for non-payment of rent, and that if you have failed to vacate and surrender possession of the Premises, an action will be commenced to remove you from the Premises.

Erasmo Desdin
P.O. box 194
Earle, AR 72331

By: ____________________

Retaliation
No. cv 2020-215

FILED
2020 MAR 18 PM 1:14
TERRY HAWKINS
CIRCUIT COURT CLERK
CRITTENDEN COUNTY, AR

COMMUNITY PRIDE AND PROGRESS
EARLE

# CITY OF EARLE

P.O. BOX 213 ○ EARLE, ARKANSAS 72331

**To:** Mr Erasmo Desmos
P.O. Box 194 Earle Ar

**Date:** 2-17-20

**SUBJECT: ORDINANCE #1969-11, #1988-2**
**20 DAYS WRITTEN NOTICE TO**
**REMOVE DEBRIS AND LITTER**
**FROM PROPERTY.**

**This notice is to inform you of the danger, hazardousness, and property deadline of the property located at:**

1505 Cartwright St

**It has been brought to my attention that the property has been in this condition for a lengthy period of time.**

**Such an existing matter in the City of Earle is in violation of the city ordinances. The owner of person in charge of any private property shall at all times maintain the premises free of litter. No person shall throw or deposit litter on any open or vacant private property within the city whether owned by such person or not.**

**Upon failure, neglect or refusal of any owner or agent so notified, to properly dispose of litter dangerous to public health, safety and welfare within twenty (20) days after receipt of written notice shall de deemed guilty of a misdemeanor and upon conviction thereof, shall be fined an amount not exceeding twenty-five dollars ($25.00). Each day such violation is committed or permitted to continue shall constitute a separate offense and shall be punishable as such.**

**If you have a problem meeting the requirement mandate by the Law of the City of Earle, please contact me immediately upon receipt of this letter, my phone number is 792-8989. Thank you in advance for your cooperation.**

**Sincerely yours,**

Bobby Luckett Sr City Inspector

**City Ordinance Officer**

Retaliation

**IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS**
**Civil Division**

ERASMO DESDIN PLAINTIFF

Retaliation

vs. NO. CV 2020-215

ROOSEVELT CANNADY; and
ALL OTHER OCCUPANTS DEFENDANT

NOTICE OF INTENT TO ISSUE WRIT OF POSSESSION

YOU ARE HEREBY NOTIFIED that the attached Complaint in Unlawful Detainer in the above-styled and numbered cause claims that you have been guilty of unlawful detainer and seeks to have a Writ of Possession directing the Sheriff to deliver possession of the lands, tenements, or other possession described in the Complaint in Unlawful Detainer delivered to the Plaintiff. If within five (5) days, excluding Sundays and legal holidays, from the date of service of this Notice you have not filed in the Office of the Circuit Clerk of this County a written objection to the claims made against you by the Plaintiff for possession of the property described in the Complaint in Unlawful Detainer, then a Writ of Possession shall forthwith issue from this office directed to the Sheriff of this County ordering the Sheriff to remove you from possession of the property described in the Complaint in Unlawful Detainer and to place the Plaintiff in possession thereof. If you should file a written objection to the Complaint in Unlawful Detainer of the Plaintiff and the allegations for immediate possession of the property described in the Complaint in Unlawful Detainer within five (5) days, excluding Sundays and legal holidays, from the date of service of this Notice, a Hearing will be scheduled by the Circuit Clerk of this County to determine whether or not the Writ of Possession should be issued as sought by the

## Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the above and foregoing Notice was:

[X] personally delivered to the above-named resident(s);

[ ] mailed by first class mail, postage prepaid;

[ ] left with a person residing in the Premises who is over the age of twelve (12); or

[ ] posted in a conspicuous place on the Premises

On this 7th day of March, 2020, at ______ a.m./p.m.

By: ______________________

Entergy
Entergy Arkansas, LLC
entergy-arkansas.com

**Service Location**
1505 Cartwright St
Earle, AR 72331-1312

**Customer Service, 800-368-3749 (800-ENTERGY)**
**Residential: 7a-7p; Business: 8a-5p; Mon-Fri**
**Power Outage or Safety Concern, 24 hrs/7days**
**800-968-8243 (800-9OUTAGE)**

AM R ARRS TY

## *Total Monthly Energy Usage*

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Jan 2020 | 30 | 2966 | 98.9 |

2020 ■ 2019 □

3500 2625 1750 875 0
Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

## *Account Summary for Cannady Roosevelt*

**Account #** 162563381 **Mail Date** 01/10/2020 **QPC** 05000
**Invoice #** 195005641960 01/10/2020 **Cycle** 06

| | | | |
|---|---|---|---|
| ** PAST DUE PAY NOW ** | $299.51 | | |
| Amount Due by 02/03/2020 | $323.06 | after | $331.13 |
| Total Due | $622.57 | | |

**Pay PAST DUE Amount NOW. **
Late Payment Charges apply to amounts paid after the due date.

## *Account Detail*

| | | |
|---|---|---|
| Previous Balance | | 484.51 |
| Late Payment Charge | | 7.77 |
| Payment Received | (12/31/2019) | -185.00 |
| **Remaining Balance** | | **$307.28** |

## *Current Charges*

| | | |
|---|---|---|
| Customer Charge | | 8.40 |
| Energy Charge | | 188.87 |
| Formula Rate Plan | $179.63 @ 15.735% | 28.26 |
| Tax Cuts & Jobs Act | $179.63 @ 1.16% | 2.08 |
| Internal Restructuring Credit | $179.63 @ -0.5086% | -0.91 |
| Fuel & Purchased Power Cost | 2966 kWh @ $0.01462 | 43.36 |
| FERC-Imposed Payment | 2966 kWh @ $-0.0002 | -0.59 |
| Municipal Franchise Adjustment | $269.47 @ 0.042254 | 11.39 |
| **Total Metered Charges (Contract 18647685 )** | | **$280.86** |
| Ice Storm Recovery Charge | | 2.55 |
| City Sales Tax | | 5.67 |
| County Sales Tax | | 7.79 |
| State Sales Tax | | 18.42 |
| **Current Month Energy Charges** | | **$315.29** |
| **Total Amount Due** | | **$622.57** |

## *Important Messages*

**Real-Time Payment Options:**
- My Account Online at *entergy.com*.
- *By Phone at 800-584-1241 for a small fee.*

Get $1 off your monthly energy bill when you enroll in both Level Billing and Automatic Monthly Payment. It's easy using My Account Online at *entergy.com*.

**IMPORTANT NOTICE:** Sending an eligible check payment authorizes Entergy to convert your paper check to an electronic debit. For more information call 1-888-627-6695. For more energy saving tips, visit entergy.com.

Please add $1 to total bill amount for **The Power to Care**. Learn more at *entergy.com*.

## *Meter Reading (Contract 18647685 )*

Meter # 3618125 Rate : AR_RS
Total Days ( 30 )

| | | |
|---|---|---|
| Current Meter Reading | (01/03/2020 12:53 PM) | 35600 |
| Previous Meter Reading | (12/04/2019 09:07 AM) | - 32634 |
| **kWh Metered** | | **2966** |



entergy-arkansas.com

**Account** 162563381 **QPC** 05000 **Invoice #** 195005641960

| Customer Service 800-ENTERGY (800-368-3749) | | | | |
|---|---|---|---|---|
| | ** PAST DUE PAY NOW ** | $299.51 | | |
| | Amount Due by 02/03/2020 | $323.06 | after | $331.13 |
| | Total Due | $622.57 | | |

Due date does not apply to any previous balance already past due.
Please send stub with check payable to **Entergy**. Thank You.

CANNADY ROOSEVELT
1505 CARTWRIGHT ST
EARLE AR 72331-1312

ENTERGY
PO BOX 8101
BATON ROUGE, LA 70891-8101

50000001625633810000000000000000622571000000630640034O5

AFFIDAVIT

STATE OF ARKANSAS

COUNTY OF CRITTENDEN

I, Erasmo Desdin, being duly sworn, state on oath:

1. I am the Owner of the certain real property located at 1505 Cartwright, Earle, AR, 72331 ("the property") with knowledge of the facts and circumstances alleged in the Complaint to which this Affidavit is attached.

2. Plaintiff is lawfully entitled to possession of the property described in the Complaint.

3. On March 7, 2020, the Defendant was served with a Notice to Vacate and Demand for Possession, a copy of which is attached as Exhibit A to the Complaint.

4. The Defendant unlawfully detains the property described in the Complaint after a Notice to Vacate was served.

5. The rental value of the property described in the Complaint is $ 300.00 monthly.

6. I have read the above and foregoing COMPLAINT IN UNLAWFUL DETAINER and the facts, statements, and allegations therein contained are true and correct to the best of knowledge and belief.

[signature], Affiant

ACKNOWLEDGMENT

STATE OF ARKANSAS

COUNTY OF CRITTENDEN

On this 13th day of March, 2020, before me, the undersigned authority, appeared Erasmo Desdin, personally known to me, who after being sworn stated under oath that the facts stated in the above affidavit are true and correct.

[signature]
Notary Public

LISA LANCASTER
Comm. No. 12709742
NOTARY PUBLIC
My Comm. Exp. 01-13-2030
CRITTENDEN CO., ARKANSAS

TRuth of Rent

**RECEIPT** DATE 11-30-19 NO.

RECEIVED FROM Rosevia Avery $ 200.00

DOLLARS

☑ FOR RENT
○ FOR Corasmo 7 Jolin

| ACCOUNT | | |
|---|---|---|
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM ______ TO ______

BY ______

nt. of
c't
Amt.
Paid

**IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS**
**Civil Division**

ERASMO DESDIN PLAINTIFF

vs. NO. CV 2020-215

ROOSEVELT CANNADY; and
ALL OTHER OCCUPANTS DEFENDANT

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:** Roosevelt Cannady, 1505 Cartwright Street, Earle, Arkansas 72331.

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROGERS COE & SUMPTER
Denny Sumpter
123 W. Broadway
West Memphis, AR 72301

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** Notice of Intent

CLERK OF COURT

Address of Clerk's Office: 100 Court St.
Marion, Arkansas

Terry Hawkins, Clerk
[signature] DC
Deputy Clerk

Date: March 13, 2020

[SEAL]

**No.** ________ **This summons is for** ________________ ***(name of Defendant).***


FOREVER / USA
ROOSEVELT CANNADY
1559 Carwright St
Earle AR 72331
UNITED STATES D
CLERKS OFFICE
615 South MAIN ST