THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROOSEVELT CANNADY**                                                       **PLAINTIFF**

v.                          Case No. 3:20-cv-00217-KGB

**ERASMO DESDIN and DENNY SUMPTER**                     **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Roosevelt Cannady's complaint is dismissed without prejudice. The relief requested is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 31st day of August, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge