THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROOSEVELT CANNADY                                                                          PLAINTIFF

v.                                    Case No. 3:20-cv-00217-KGB

ERASMO DESDIN and DENNY SUMPTER                                                DEFENDANTS

## ORDER

Before the Court is plaintiff Roosevelt Cannady's motion to show subject matter jurisdiction and federal question jurisdiction (Dkt. No. 8).  The Court construes the instant motion as a request for the Court to reconsider its August 31, 2021, Order dismissing this case for Mr. Cannady's failure to state sufficient facts to establish subject matter jurisdiction (Dkt. No. 7).  The limited function of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence.  *Hagerman v. Yukon Energy Corp.,* 839 F.2d 407, 414 (8th Cir. 1988).  Mr. Cannady's motion to reconsider does not cite an error of law or fact nor does it present appropriate newly discovered evidence.  Therefore, the Court denies the instant motion; this case will remain closed (Dkt. No. 8).

It is so ordered this 15th day of June, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge